UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 4:25-cv-10108-LEIBOWITZ

**ALEXIS BROWN QUINTANILLA,**

    *Petitioner*,

v.

**KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

    *Respondents*.

_____/

## ORDER TRANSFERRING CASE TO SOUTHERN DISTRICT OF TEXAS

**THIS CAUSE** is before the Court upon Defendant's unopposed Motion to Transfer Venue to the United States District Court for the Southern District of Texas [ECF No. 15] (the "Motion"), filed on January 5, 2026. Plaintiff has responded and agrees that the Southern District of Texas is the proper venue for this action. [ECF No. 17 at 1]. Accordingly, upon due consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Transfer [**ECF No. 15**] is **GRANTED**.

2. *The Clerk* of the United States District Court for the Southern District of Florida is hereby DIRECTED to take all necessary steps and procedures to effect the expeditious TRANSFER of the above-styled action to the United States District Court for the Southern District of Texas for all further proceedings.

3. All pending Motions are hereby DENIED WITHOUT PREJUDICE, with leave for refiling in the transferee court.

**DONE AND ORDERED** in the Southern District of Florida on January 15, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record